ORIGINAL

BY FAX

FILED

2013 MAY 10 P 3: 11

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV 13 2167   EMC

DEBRA HILTON, On Behalf Of Herself And All Others Similarly Situated,

    Plaintiff(s),

v.

APPLE INC.

    Defendant(s).

No. C

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 5/10/2013

Signature _____

Counsel for Plaintiff
(Plaintiff, Defendant, or indicate "pro se")